April 2, 2015

Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

4/2/2015 11:53:25 AM

CHRISTOPHER A. PRINE
Clerk

RE: Court of Appeals Number: 14-15-00067-CV
Trial Court Case Number: 2011-20853B
Style: In the Interest of K.J.W., a Child

Dear Court of Appeals,

Please be advised that as of this date, no payment arrangements or requests for the record have been made. I spoke to the Appellate, Shaquail Jones-Williams, and she does not need the record.

No extension of time is needed.

Thank you,

Benjamin Alva, Official Court Reporter
310th Judicial District Court